1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT

7                       FOR THE DISTRICT OF ARIZONA

8
9    Tricia Lyn Varela,                     No. CV15-1675 PHX DGC (ESW)_

10                      Petitioner,          **ORDER**

11   v.

12   Charles Ryan, et al.,

13                      Respondents.

14

15          Petitioner Tricia Lyn Varela has filed a petition for writ of habeas corpus pursuant

16   to 28 U.S.C. § 2254.  Doc. 1.  United States Magistrate Eileen S. Willett has issued a

17   report and recommendation ("R&R") recommending that the petition be denied and

18   dismissed with prejudice.  Doc. 12.  No objection has been filed, which relieves the Court

19   of its obligation to review the R&R.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3);

20   *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114,

21   1121 (9th Cir. 2003).  The Court will accept the R&R and deny the petition.

22          **IT IS ORDERED:**

23          1.     The R&R (Doc. 12) is **accepted**.

24          2.     The petition for writ of habeas corpus (Doc. 1) is **denied and dismissed**

25                 **with prejudice**.

26          3.     A certificate of appealability and leave to proceed *in forma pauperis* on

27                 appeal are **denied**.

28

1       4.      The Clerk is directed to **terminate** this action.

2      Dated this 4th day of October, 2016.

_____
David G. Campbell
United States District Judge